UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2©
**NOVLET LAWRENCE**
**ATTORNEY AT LAW**
**60 Evergreen Place, Suite 312**
**East Orange, NJ 07018**
**Phone:  (973) 677-3330**
  (973) 677-3375
**lawrencenovlet@aol.com**
Attorney for Debtor

Case No. 19-16648-SLM

Judge slm
Chapter 13
Hearing Date:

IN RE: JENEVER HICKS
      Debtor

## DEBTOR'S CERTIFICATION IN SUPPORT OF
## DEBTOR'S OPPOSITON TO TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objected to confirmation based on the following:

*Debtor has failed to provide proof of income.*
*Specifically, 10/1/2018 & 3/31/2019 paystubs.*
*The debtor has failed to provide proof of income for the six months preceding the filing of this case.*
*The debtor has failed to provide proof of contribution income.  The debtor must submit a certification from the contributor indicating their relation to the debtor and the amount contributed to the debtor's household. In addition, because of the amount of this contribution the contributor must also supply the Trustee with two recent paystubs.*
*Debtor must file a 122c form.*

I gave my attorney the documents that the trustee requested, as follows:   10/1/2018 & 3/31/2019 pay stubs - I have not because I was not employed -- certification provided; proof of contribution income was provided; certification from the contributor was provided; the contributor's two most recent pay stubs were provided and my attorney posted them to 13Documents.com.

Form 122c was filed by my attorney.

I certify under penalty of perjury that the above is true.

/s/Jenever Hicks
Debtor 5/29/2019