UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Novlet Lawrence
Attorney at Law
60 Evergreen Place, Suite 312
East Orange, NJ 07018
Phone: (973) 677-3330
 (973) 677-3375
lawrencenovlet@aol.com
Attorney for Debtor

Order Filed on June 27, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

JENEVER E. HICKS

Debtor.

Case Number:   19-16648

Hearing Date:   June 26, 2019

Judge:   Stacey L. Meisel

Chapter:   13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 27, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____Debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*